IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ROGELIO CHAVARRIAS-VARGAS ) <br> ) <br> Defendant. ) <br> ) | No. 1:12-CR-00426 LJO <br><br> ORDER OF RELEASE |

    The above named defendant having been sentenced on January 7, 2013, to time served,

    IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.  This Order in no way addresses any potential or existing Immigration or Deportation issues.

IT IS SO ORDERED.

**Dated:   January 7, 2013**            /s/  Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE